## NEWT LUNCEFORD v. STATE.

No. A-7154.  Opinion Filed Oct. 26, 1929.
(281 Pac. 1118.)

Champion, Champion & Fischl, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted in the county court of Carter county on a charge of having the unlawful possession of whisky, and was sentenced to pay a fine of $50 and to serve 30 days in the county jail.

The case was tried in April, 1928, and the appeal was lodged in this court in August, 1928. No briefs in support of the appeal have been filed. The evidence reasonably sustain the judgment. No material error is made to appear.

The case is affirmed.